

01

02

03

04

05

06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

07  UNITED STATES OF AMERICA,          )   CASE NO. MJ 17-255
                                       )
08          Plaintiff,                 )
                                       )
09      v.                             )   DETENTION ORDER
                                       )
10  DEVAUGHN CHRISTOPHER DORSEY,        )
                                       )
11          Defendant.                 )
                                       )
12  _____)

13  Offense charged: (by Complaint)

14          Felon in Possession of Ammunition, shipped interstate or foreign commerce

15  Date of Detention Hearing:    July 20, 2017

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth,

18  finds that no condition or combination of conditions which defendant can meet will

19  reasonably assure the safety of other persons and the community.

20

21

22

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Based upon the proffer made by the United States, the following is a statement of the facts surrounding these alleged offenses.

(2) Renton Police responded to a shooting incident in which defendant was wounded in both legs and another man was killed..

(3) In the pocket of the shorts defendant was wearing, officers found a magazine for a firearm. The magazine contained fifteen live rounds..

(4) A search of the vehicle defendant had been driving revealed another magazine for a firearm.

(5) Defendant's criminal record includes a conviction for robbery in the first degree, with a deadly weapon. This related to an incident in 2011, and involved defendant's use of a small black and silver handgun.

(6) He was also convicted on harassment and unlawful firearm possession in the first degree. in January 2014. This arose from a large fight in which eyewitnesses reported that defendant pulled a gun, and said "I don't fight, I shoot." A loaded handgun was found in defendant's waistband.

(7) Defendant is a confirmed gang member. He told arresting officers that he believes in "street justice."

(8) He is unemployed, with the exception of occasional lawn work "under the table" for his uncle.

(9) Defendant admits that he is a regular user of marijuana.

DETENTION ORDER
PAGE -2

01    Defense counsel objected that she had not been afforded access to any of the police

02    reports or other documentation which might support, or refute, the Government's proffer

03    of facts.  The AUSA indicated no objection to providing that access, subject to an

04    appropriate protective order.  The court therefore ordered that such access be provided;

05    and granted leave to defendant to move to re-open the detention hearing if the

06    documentary record contradicts the Government's proffer of facts.

07

08

09  It is therefore ORDERED:

10    1.  Defendant shall be detained pending trial and committed to the custody of the

11        Attorney General for confinement in a correction facility separate, to the extent

12        practicable, from persons awaiting or serving sentences or being held in custody

13        pending appeal;

14

15    2.  Defendant shall be afforded reasonable opportunity for private consultation with

16        counsel;

17    3.  On order of the United States or on request of an attorney for the Government, the

18        person in charge of the corrections facility in which defendant is confined shall deliver

19        the defendant to a United States Marshal for the purpose of an appearance in

20        connection with a court proceeding;

21

22

DETENTION ORDER
PAGE -3

01  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

02      for the defendant, to the United States Marshal, and to the United States Pretrial

03      Services Officer.

04  DATED this 20th day of July, 2017.

05      _____
        John L. Weinberg

06      United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -4